(104 So. 926)

Ernest THOMPSON, alias Thomas, v. STATE. (8 Div. 202.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Lauderdale County; Arthur E. Gamble, Judge. Violating prohibition law. Bradshaw & Barnett, of Florence, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. It would serve no good purpose to set out in detail the evidence in this case. We have read and considered the testimony, and find the case of the state amply sufficient to sustain the verdict. The affirm-

ative charge was properly refused, and the other charges gave undue prominence to certain facts testified to by the defendant's witnesses. The defendant has had a fair trial, and, no error being apparent on the record, the judgment is affirmed. Affirmed.